UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

26 cr 23 DSD/SGE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>1. JAMES CHRISTOPHER LAUER<br><br>2. MICHAEL WALLACE JOHNSON, III<br><br>3. KOREY CARROLL<br><br>4. LANISHA LATRICE TAYLOR,<br><br>    Defendants. | **INDICTMENT**<br><br>18 U.S.C. § 2<br>18 U.S.C. § 1361 |

THE UNITED STATES GRAND JURY CHARGES THAT:

### Count 1
(Aiding and Abetting Willfully Damaging United States Property)

On or about January 14, 2026, in the State and District of Minnesota, the defendants,

**JAMES CHRISTOPHER LAUER,**
**MICHAEL WALLACE JOHNSON, III,**
**KOREY CARROLL**, and
**LANISHA LATRICE TAYLOR,**

each being aided and abetted by and aiding and abetting the other, did willfully injure and commit depredation against property of the United States, a department, and agency thereof, to wit: a 2018 black Dodge Durango, VIN 1C4RDJAG9JC271233, bearing Wisconsin plate number 195 ZVH, and a 2023 silver Ford Edge, VIN 2FMPK4J96PBA34140, bearing Minnesota plate number 818 RDJ, and the damage to such property exceeded the sum of $1,000, all in violation of Title 18, United States Code, Sections 2 and 1361.

SCANNED
JAN 29 2026
U.S. DISTRICT COURT MPLS

<u>United States v. James Christopher Lauer, et al.</u>

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                                  FOREPERSON